UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JCORPS INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES AND LYNN SCHUSTERMAN FAMILY FOUNDATION; SANFORD CARDIN; LISA EISEN; LYNN SCHUSTERMAN; ONEDAY SOCIAL VOLUNTEERING; ELAD BLUMENTAL,<br><br>Defendants. | Case No. 1:18-cv-09846-AKH<br><br>Hon. Alvin K. Hellerstein, U.S.D.J. |

**NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that defendants the Charles and Lynn Schusterman Family Foundation, Sanford Cardin, Lisa Eisen, and Lynn Schusterman (the "Foundation Defendants"), by and through their attorneys, Patterson Belknap Webb & Tyler LLP, will and do hereby move this Court, before the Honorable Alvin K. Hellerstein, at the United States District Court House, 500 Pearl Street, New York, NY 10007, for an order pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing plaintiff's first amended complaint in its entirety and with prejudice. Such motion will be based upon this Notice of Motion, the Memorandum of Law, the Declaration of Harry Sandick and accompanying exhibit, and any further pleadings filed on behalf of the Foundation Defendants, as well as any argument the Court schedules on this motion.

Dated: April 10, 2019
      New York, New York

By: _____

Erik Haas
Harry Sandick
George B. Fleming
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Phone: (212) 336-2000
Fax: (212) 336-2222
ehaas@pbwt.com
hsandick@pbwt.com
gfleming@pbwt.com

*Attorneys for the Charles and Lynn Schusterman Family Foundation, Sanford Cardin, Lisa Eisen, and Lynn Schusterman*

2