UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
JCORPS INTERNATIONAL, INC., :
: **ORDER DENYING PLAINTIFF'S**
Plaintiff, : **MOTION FOR**
v. : **RECONSIDERATION AND**
: **DENYING LEAVE TO AMEND**
CHARLES AND LYNN SCHUSTERMAN :
FAMILY FOUNDATION; SANFORD CARDIN; : 18 Civ. 9846 (AKH)
LISA EISEN; LYNN SCHUSTERMAN; :
ONEDAY SOCIAL VOLUNTEERING; ELAD :
BLUMENTAL, :
:
Defendants. :
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

Plaintiff's motion for reconsideration and request for leave to file a Second Amended Complaint ("SAC") are denied. Plaintiff offers no explanation for its failure to plead all facts available to it that might support personal jurisdiction, especially given that it filed the First Amended Complaint *after* Defendants moved to dismiss for lack of personal jurisdiction. Moreover, the proposed SAC would not cure the jurisdictional defects described in my July 15, 2019 Order (ECF No. 60), and amendment therefore would be futile. *See Ellis v. Chao*, 336 F.3d 114, 127 (2d Cir. 2003) ("[I]t is well established that leave to amend a complaint need not be granted when amendment would be futile.").

The Clerk shall terminate the open motions (ECF Nos. 26, 43, 61).

SO ORDERED.

Dated:   August 23, 2019
         New York, New York           _____
                                      ALVIN K. HELLERSTEIN
                                      United States District Judge